RAYMOND CERILLI *v.* COMMISSIONER
OF CORRECTION
(AC 35025)

DiPentima, C. J., and Gruendel and Alvord, Js.

Argued March 20—officially released April 8, 2014

Per Curiam. The judgment is affirmed.

JON ST. PIERRE *v.* COMMISSIONER
OF CORRECTION
(AC 34873)

Lavine, Bear and Borden, Js.

Argued March 18—officially released April 8, 2014

Per Curiam. The appeal is dismissed.

DAVID ABRAMS *v.* COMMISSIONER
OF CORRECTION
(AC 35248)

Gruendel, Alvord and Keller, Js.

Argued March 18—officially released April 8, 2014

Per Curiam. The appeal is dismissed.